IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-01847-PSF-OES

NEEL PUNATAR,

    Plaintiff,

v.

HINDUSTAN PETROLEUM CORPORATION LIMITED, and
DOES 1 THROUGH 10, inclusive,

    Defendants.

## ORDER DISMISSING CASE WITH PREJUDICE

THIS MATTER comes before the Court upon plaintiff's response to this Court's Show Cause order entered on September 7, 2005.  On September 20, 2005, plaintiff filed a "motion" *pro se* in which he requests this Court to recognize that this case was settled in conjunction with Civil Action No. 04-F-1851, a previously dismissed case, and to consolidate this case with the other case, as both have been settled (Dkt. # 3).

It is hereby ordered that this case is DISMISSED with prejudice.  The motion to consolidate (Dkt. # 3) is DENIED as moot.

DATED:  September 22, 2005

                                                    BY THE COURT:

                                                    S/ Phillip S. Figa

                                                    _____
                                                    Phillip S. Figa
                                                    United States District Judge